UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
: 
PAUL BASS-LEVITIN,                                               :    Case No. 1:20-cv-00430-ER
:
        Plaintiff,                                              :
:
   vs.                                                             :
:    **STIPULATION TO STAY**
EXPERIAN INFORMATION SOLUTIONS, INC.,      :    **ACTION PENDING**
TRANS UNION (of Delaware), LLC, EQUIFAX      :    **ARBITRATION**
INFORMATION SERVICES, BARCLAYS BANK     :
DELAWARE,                                                          :
DISCOVER FINANCIAL SERVICES, INC. and       :
JPMORGAN CHASE BANK, N.A.,                         :
:
        Defendants.                                            :
---------------------------------------------------------------- X

      WHEREAS, defendant Discover Bank ("Discover"), improperly sued as Discover Financial Services, has demanded that plaintiff Paul Bass-Levitin ("Plaintiff") arbitrate his claims against Discover in accordance with the operative arbitration agreement contained in Plaintiff's Discover Cardmember Agreement;

      WHEREAS, Plaintiff has agreed to submit his claims against Discover to arbitration; and

      WHEREAS, in accordance with 9 U.S.C. § 3, the parties request a stay of all proceedings and deadlines in this action as to Discover pending the conclusion of arbitration;

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Discover, through their respective counsel, that:  (1) all of Plaintiff's claims against Discover in this action shall be arbitrated pursuant to the written agreement between Plaintiff and Discover; and (2) all proceedings in this matter as to Discover, including any pending deadlines, are stayed pending completion of arbitration.

IT IS FURTHER STIPULATED AND AGREED that by executing this Stipulation, Plaintiff does not waive or otherwise forgo any potential challenge to the purported agreement to arbitrate.

| | |
|---|---|
| Dated: New York, New York<br>March 5, 2020 | Respectfully Submitted,<br><br>STROOCK & STROOCK & LAVAN LLP<br><br><br>By: _____/s/ Arjun P. Rao_____<br>            Arjun P. Rao<br><br>180 Maiden Lane<br>New York, NY 10038-4982<br>-and-<br>2029 Century Park East, 18th Floor<br>Los Angeles, California 90067-3086<br>Telephone:  (310) 556-5822<br>Email: lacalendar@stroock.com<br><br>Attorneys for Defendant<br>    DISCOVER BANK. |
| Dated: New York, New York<br>March 3, 2020 | LAW OFFICE OF ABEL L. PIERRE,<br>ATTORNEY-AT-LAW, P.C.<br><br><br>By: _____/S/ Abel L. Pierre, Esq._____<br>            Abel Pierre<br><br>140 Broadway, 46th Floor<br>New York, New York 11201<br>Phone: (212) 766-3323<br>Fax:    (212) 766-3322<br><br>Attorneys for Plaintiff<br>    PAUL BASS-LEVITIN |

-3-

Dated:  March ___, 2020                    SO ORDERED:


                                           _____
                                                     EDGARDO RAMOS
                                                United States District Judge