```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PAUL BASS-LEVITIN, :
:
:
Plaintiff, :
: 20-cv-430 (LJL)
-v- :
: ORDER
:
EXPERIAN INFORMATION SOLUTIONS, INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By Order dated June 29, 2022, the Court directed counsel for Plaintiff and counsel for Barclays shall submit a joint status update by July 13, 2022 informing the Court of the status of the arbitration between them and shall submit a status update every 60 days thereafter. No such status update has been filed. It is hereby ORDERED that Plaintiff and Barclays shall submit a joint status update by August 24, 2022, and every 60 days thereafter.

      Plaintiff has also filed a notice of settlement of his claims against Equifax Information Services, LLC ("Equifax"). Dkt. No. 48. Plaintiff has not moved to dismiss Equifax from the action. It is further ORDERED that by August 24, 2022, Plaintiff shall file any motion to dismiss or stipulation of dismissal with respect to his claims against Equifax or else shall provide a status update concerning his dispute with that defendant.

      SO ORDERED.

Dated: August 17, 2022
       New York, New York
                                                  LEWIS J. LIMAN
                                                United States District Judge