```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
PAUL BASS-LEVITIN,                                             :
                                                               :
                              Plaintiff,                       :
                                                               :      20-cv-430 (LJL)
                -v-                                            :
                                                               :           ORDER
EXPERIAN INFORMATION SOLUTIONS INC., et al.,                   :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court has received the stipulation of dismissal as to Defendant Equifax Information Services LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1). Dkt. No. 67. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant Equifax Information Services LLC with prejudice and with each party to bear their own costs and fees. The Clerk of Court is respectfully directed to terminate Defendant Equifax Information Services LLC.

      Upon termination of Defendant Equifax Information Services LLC, the only remaining defendant in this action will be Barclays Bank Delaware. Plaintiff and Barclays Bank Delaware are engaged in arbitration. *See* Dkt. No. 68. It is hereby ORDERED that the case shall be STAYED pending the resolution of the arbitration. The parties are directed to file a status report by November 22, 2022 and shall file a report every ninety days thereafter, rather than every sixty days as previously directed.

      SO ORDERED.

Dated: September 6, 2022
       New York, New York

                                                                 LEWIS J. LIMAN
                                                       United States District Judge