UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
               :

PAUL BASS-LEVITIN,                :
               :
          Plaintiff,      :
               :      20-cv-430 (LJL)
    -v-            :
               :        ORDER
EXPERIAN INFORMATION SOLUTIONS INC., *et al.*,  :
               :
         Defendants.   :
               :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By Order dated August 17, 2022, the Court directed counsel for Plaintiff and counsel for Barclays Bank Delaware ("Barclays") to submit a joint status update by August 24, 2022, informing the Court of the status of the arbitration between them and to submit a status update every 60 days thereafter.  Dkt. No. 66.  The parties submitted a status update on August 24, 2022, Dkt. No. 68, and submitted another status update 90 days after on November 22, 2022.  Dkt. No. 70.  No such status update has been filed since.  It is hereby ORDERED that Plaintiff and Barclays shall submit a joint status update by April 3, 2023, and every 60 days thereafter.

      This is the second time that the Court has had to remind the parties to submit timely status updates in this matter.  *See* Dkt. Nos. 64, 66.  The parties are reminded of their obligations to follow orders of this Court.

      SO ORDERED.

Dated: March 28, 2023
      New York, New York                 _____
                                   LEWIS J. LIMAN
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/28/2023